```
 1  STEPHEN M. HAYES (SBN 83583)
    STEPHEN P. ELLINGSON (SBN 136505)
 2  HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP
    203 Redwood Shores Pkwy., Ste. 480
 3  Redwood City, CA 94065
    Telephone: 650.637.9100
 4  Facsimile: 650.637.8071
 5
    Attorneys for Defendant
 6  AIG DOMESTIC CLAIMS, INC.
```

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CAYO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VALOR FIGHTING & MANAGEMENT LLC; RICK BASSMAN; AIG DOMESTIC CLAIMS, INC.; GAGLIARDI INSURANCE SERVICES, INC. & DOES 1-15 INCLUSIVE,<br><br>　　　　Defendants. | CASE NO. CV08-4763 CW<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS<br>**AS MODIFIED** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

Mediation (ADR L.R. 6)

The parties agree to hold the ADR session by:
90 days from the date of the first case management conference scheduled for January 20, 2009.

Dated: December 29, 2008          LAW OFFICES OF MAUREEN E. McFADDEN

                                  By /s/ Maureen E. McFadden
                                  MAUREEN E. McFADDEN
                                  Attorney for Plaintiff
                                  RICHARD CAYO

183962                            -1-
**STIPULATION AND [PROPOSED ORDER] SELECTING ADR PROCESS- NO.CV08-4763 CW**

1  Dated: December___, 2008          HAYES DAVIS BONINO ELLINGSON
2                                    McLAY & SCOTT, LLP
3
4                                    By_____
5                                    STEPHEN M. HAYES
                                     STEPHEN P. ELLINGSON
6                                    Attorneys for Defendant
                                     AIG DOMESTIC CLAIMS, INC.
7
8  Dated: December 29, 2008          SHEA STOKES ROBERTS & WAGNER, ALC

   By Bruno W. Katz /pay
9
10                                   BRUNO W. KATZ
                                     Attorneys for Defendant
11                                   GAGLIARDI INSURANCE SERVICES, INC.
12
13 Dated: December ___, 2008         By_____

14                                   RICK BASSMAN
                                     Defendant in Pro Per
15                                   RICK BASSMAN & VALOR FIGHTING &
                                     MANAGEMENT, LLC
16
17
18
19
20
21
22
23
24
25
26
27
28

183962                              -2-
STIPULATION AND [PROPOSED ORDER] SELECTING ADR PROCESS- NO.CV08-4763 CW

|     |     |
| --- | --- |
| Dated: ~~December~~ 1/5/09 ~~, 2008~~ | HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP |
|     | By _/s/_____ |
|     | STEPHEN M. HAYES<br>STEPHEN P. ELLINGSON<br>Attorneys for Defendant<br>AIG DOMESTIC CLAIMS, INC. |
| Dated: December___, 2008 | SHEA STOKES ROBERTS & WAGNER, ALC |
|     | By_____ |
|     | BRUNO W. KATZ<br>Attorneys for Defendant<br>GAGLIARDI INSURANCE SERVICES, INC. |
| Dated: December ___, 2008 | By_____ |
|     | RICK BASSMAN<br>Defendant in Pro Per<br>RICK BASSMAN & VALOR FIGHTING & MANAGEMENT, LLC |

Rick Bassman has not returned a signed copy of the stipulation to ADR, however he has stated that he is agreeable to mediation in this matter.

1 | [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

~~Mediation~~    a Magistrate Judge for a settlement conference

Deadline for ADR session

90 days from the date of the first case management conference scheduled for January 20, 2009, **i.e. April 20, 2009**

IT IS SO ORDERED

Dated: 1/7/09

_____
DISTRICT
UNITED STATED ~~MAGISTRATE~~ JUDGE

183962                                    -3-
**STIPULATION AND [PROPOSED ORDER] SELECTING ADR PROCESS- NO.CV08-4763 CW**

CASE NAME:     Cayo v. Valor Fighting & Management LLC, et al.
ACTION NO.:    CV08-4763 CW

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 203 Redwood Shores Pkwy., Ste. 480, Redwood Shores, California 94065. I am employed in the County of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

[x]   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Redwood City, California.

>    Rick Bassman
>    63 Via Pico Plaza
>    San Clemente, CA 92672
>    Telephone: 949.306.3577
>    Facsimile: 949.429.5262
>    rick@valorfighting.com

**Defendant in Pro Per
RICK BASSMAN and VALOR
FIGHTING & MANAGEMENT, LLC**

[x]   *(Federal)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 5, 2009, at Redwood City, California.

_____
Abigail Bowman

---

**PROOF OF SERVICE – CASE NO. CV08-4763 CW**