Maureen E. McFadden, SBN 203781
LAW OFFICES OF MAUREEN E. MCFADDEN
819 Bancroft Way
Berkeley, CA 94710
Ph (510) 845-5203
Fax (510) 868-0976

Attorneys for Plaintiff
RICHARD CAYO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CAYO,<br><br>    Plaintiff,<br><br>vs.<br><br>VALOR FIGHTING & MANAGEMENT LLC; RICK BASSMAN; AIG DOMESTIC CLAIMS, INC.; GAGLIARDI INSURANCE SERVICES, INC. & DOES 1-15, INCLUSIVE,<br><br>    Defendants. | Case No.: CV08-4763 CW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE** |

Counsel have met and conferred and agree that additional factual investigation and document disclosure should take place prior to any settlement conference in this matter. Additionally, while Valor Fighting & Management LLC has not yet made an appearance in this matter, Rick Bassman has represented that he is currently attempting to obtain counsel for Valor Fighting & Management LLC.

Plaintiff, AIG Domestic Claims, Inc./National Union Fire Insurance Company of Pittsburgh, PA, and Gagliardi Insurance Services, Inc., are all available on May 14, 2009. Rick Bassman is available telephonically on May 14, 2009, and all parties consent to his telephonic

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE - 1

appearance at the May 14, 2009 settlement conference. The parties respectfully request that Magistrate Judge Elizabeth Laporte continue the settlement conference currently scheduled for March 11, 2009 to May 14, 2009.

DATED: March 5, 2009    LAW OFFICES OF MAUREEN E. MCFADDEN

By: _____
Maureen E. McFadden

Attorney for Plaintiff
RICHARD CAYO

DATED: March 5, 2009    HAYES DAVIS BONINO ELLINGSON MCLAY & SCOTT, LLP

By: _____
Stephen M. Hayes
Stephen P. Ellingson

Attorneys for Defendants
AIG DOMESTIC CLAIMS SERVICES, INC.
and NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA

DATED: March 5, 2009    ERICKSEN ARBUTHNOT

By: _____
Lois Lindstrom

Attorney for Defendant
GAGLIARDI INSURANCE SERVICES, INC.

DATED: March 5, 2009

By: /SS/ _____
Rick Bassman

Defendant in Pro Per

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE - 2

appearance at the May 14, 2009 settlement conference. The parties respectfully request that Magistrate Judge Elizabeth Laporte continue the settlement conference currently scheduled for March 11, 2009 to May 14, 2009.

DATED: March 5, 2009          LAW OFFICES OF MAUREEN E. MCFADDEN

                              By: _____
                                   Maureen E. McFadden

                              Attorney for Plaintiff
                              RICHARD CAYO

DATED: March 5, 2009          HAYES DAVIS BONINO ELLINGSON MCLAY
                              & SCOTT, LLP


                              By: _____
                                   Stephen M. Hayes
                                   Stephen P. Ellingson

                              Attorneys for Defendants
                              AIG DOMESTIC CLAIMS SERVICES, INC.
                              and NATIONAL UNION FIRE INS. CO. OF
                              PITTSBURGH, PA

DATED: March 5, 2009          ERICKSEN ARBUTHNOT

                              By: _____
                                   ~~Eris Lindstrom~~ Karen G. Poppy

                              Attorney for Defendant
                              GAGLIARDI INSURANCE SERVICES, INC.

DATED: March 5, 2009


                              By: _____
                                   Rick Bassman

                              Defendant in Pro Per

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE - 2

The settlement conference set for March 11, 2009 is continued to May 14, 2009 at 9:30 a.m.. Confidential settlement conference statements shall be personally delivered to the Magistrate Judge on or before May 4, 2009. All other provisions in the Court's Settlement Conference Order of January 12, 2009 remain in effect as to the May 12, 2009 settlement conference, with the exception that Rick Bassman may appear telephonically.

IT IS SO ORDERED.

Dated: March 6, 2009

IT IS SO ORDERED
Elizabeth D. Laporte
Judge Elizabeth D. Laporte

UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE - 3