Maureen E. McFadden, SBN 203781
LAW OFFICES OF MAUREEN E. MCFADDEN
819 Bancroft Way
Berkeley, CA 94710
Ph (510) 845-5203
Fax (510) 868-0976

Attorneys for Plaintiff
RICHARD CAYO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CAYO,<br><br>    Plaintiff,<br><br>vs.<br><br>VALOR FIGHTING & MANAGEMENT LLC; RICK BASSMAN; AIG DOMESTIC CLAIMS, INC.; GAGLIARDI INSURANCE SERVICES, INC. & DOES 1-15, INCLUSIVE,<br><br>    Defendants. | Case No.: CV08-4763 CW<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING ADDITIONAL TIME TO COMPLETE A.D.R** |

Counsel met and conferred and agreed that additional factual investigation and document disclosure needed to take place prior to any settlement conference in this matter. Additionally, while Valor Fighting & Management LLC has not yet made an appearance in this matter, Rick Bassman has represented that he is currently attempting to obtain counsel for Valor Fighting & Management LLC.

The parties stipulated to continue the settlement conference set for March 11, 2009 to May 14, 2009, and Magistrate Judge Elizabeth Laporte's clerk has confirmed her availability on May 14, 2009. Based on the above, the parties respectfully request that the Court continue the

previous deadline to complete ADR (90 days from January 20, 2009) an additional 60 days.

DATED: March 5, 2009

LAW OFFICES OF MAUREEN E. MCFADDEN

By: _____
Maureen E. McFadden

Attorney for Plaintiff
RICHARD CAYO

DATED: March 5, 2009

HAYES DAVIS BONINO ELLINGSON MCLAY & SCOTT, LLP

By: _____
Stephen M. Hayes
Stephen P. Ellingson

Attorneys for Defendants
AIG DOMESTIC CLAIMS SERVICES, INC.
and NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA

DATED: March 5, 2009

ERICKSEN ARBUTHNOT

By: _____
Lois Lindstrom

Attorney for Defendant
GAGLIARDI INSURANCE SERVICES, INC.

DATED: March 5, 2009

By: /s/ _____
Rick Bassman

Defendant in Pro Per

STIP AND PROPOSED ORDER RE ADDITIONAL TIME TO COMPLETE ADR- 2

previous deadline to complete ADR (90 days from January 20, 2009) an additional 60 days.

DATED: March 5, 2009              LAW OFFICES OF MAUREEN E. MCFADDEN

                                  By: _____
                                      Maureen E. McFadden

                                  Attorney for Plaintiff
                                  RICHARD CAYO

DATED: March 5, 2009              HAYES DAVIS BONINO ELLINGSON MCLAY
                                  & SCOTT, LLP


                                  By: _____
                                      Stephen M. Hayes
                                      Stephen P. Ellingson

                                  Attorneys for Defendants
                                  AIG DOMESTIC CLAIMS SERVICES, INC.
                                  and NATIONAL UNION FIRE INS. CO. OF
                                  PITTSBURGH, PA

DATED: March 5, 2009              ERICKSEN ARBUTHNOT


                                  By: /s/ Karen G. Poppa
                                      ~~Lois Lindstrom~~ Karen G. Poppa

                                  Attorney for Defendant
                                  GAGLIARDI INSURANCE SERVICES, INC.

DATED: March 5, 2009



                                  By: _____
                                      Rick Bassman

                                  Defendant in Pro Per

IT IS SO ORDERED.

Dated: 3/9/09

_____
UNITED STATES DISTRICT COURT JUDGE

STIP AND PROPOSED ORDER RE ADDITIONAL TIME TO COMPLETE ADR- 3