IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CAYO,<br><br>      Plaintiff,<br><br>  v.<br><br>VALOR FIGHTING & MANAGEMENT LLC; RICH BASSMAN; AIG DOMESTIC CLAIMS, INC.; GAGLIARDI INSURANCE SERVICES, INC.,<br><br>      Defendants.<br>_____/ | No. C 08-4763 CW<br><br>ORDER TAKING MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT UNDER SUBMISSION |

    Notice is hereby given that the Court, on its own motion, shall take Defendant Gagliardi Insurance Services' motion for determination of good faith settlement under submission on the papers.  The hearing previously scheduled for September 24, 2009, is vacated.

    IT IS SO ORDERED.

Dated: 09/23/09

                              CLAUDIA WILKEN
                              United States District Judge