STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
REBECCA D. MARTINO (SBN 236094)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, CA 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendants
AIG DOMESTIC CLAIMS, INC. AND NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CAYO,<br><br>Plaintiff,<br><br>v.<br><br>VALOR FIGHTING & MANAGEMENT LLC; RICK BASSMAN; AIG DOMESTIC CLAIMS, INC.; GAGLIARDI INSURANCE SERVICES, INC. & DOES 1-15 INCLUSIVE,<br><br>Defendants. | CASE NO. CV08-4763 CW<br><br>REVISED[1] STIPULATION AND [PROPOSED] ORDER TO PARTIALLY REVISE THE COURT'S CASE MANAGEMENT ORDER |

All parties, by and through their respective counsel, hereby stipulate to partially revise the court's Case Management Order as follows:

I.
RECITALS

1. The parties have been working diligently toward moving this case forward in an efficient, expeditious manner. The parties have exchanged written discovery and responses. The parties are currently scheduling the depositions of fact witnesses. The parties wish to litigate this matter in a cost effective manner and avoid unnecessary attorney's fees and costs.

2. The parties have engaged and continue to engage in settlement negotiations. The parties recently participated in mediation with attorney Charlotte Venner. Ms. Venner continues to actively

---

[1] Revised only to correct typographical error in order re date of hearing of dispositive motions.

215271
-1-

facilitate post-mediation settlement discussions.

3. Rick Bassman, a pro per defendant in this action, filed for Chapter 7 bankruptcy on April 13, 2009. The filing of a bankruptcy petition operates as an automatic stay of the continuation of any proceeding to recover a claim against the debtor. (11 U.S.C. §362(a).)

4. The Scheduling Order in this matter currently includes a fact discovery cut-off of September 30, 2009. Plaintiff was required to file a dispositive motion by six weeks prior to November 5, 2009, with defendants' opposition and cross motion (contained within a single brief) due two weeks later. These dates are no longer practicable.

5. The depositions of numerous fact witnesses remain to be taken. The parties have diligently cooperated in scheduling these depositions but have encountered scheduling difficulties due to the availability of counsel and witnesses.

6. The parties recognize that the Court's determination of a summary judgment or summary adjudication motion could either terminate this case or significantly narrow the issues relevant for trial and expert discovery.

7. Continuing the hearing deadline for summary judgment motion(s) also necessitates a brief continuance of other deadlines and the parties also stipulate to certain revisions to the Court's Scheduling Order to avoid incurring the expense of expert disclosure and other discovery that may not be necessary following the resolution of a dispositive motion.

8. The parties do not seek to continue any deadlines other than those deadlines necessary to accommodate the cost effective preparation of this matter for trial. The parties do not seek to continue the trial date or the pretrial conference date.

Accordingly, the parties hereby stipulate to revising the Court's February 6, 2009 Minute Order and Case Management Order.

## II.
## STIPULATION

The parties hereby stipulate to the following revisions to the court's Scheduling Order:

1. Completion of fact discovery                          November 15, 2009

215271          -2-

|   |                                                                                  |                                                      |
|---|----------------------------------------------------------------------------------|------------------------------------------------------|
| 1 |                                                                                  | (currently September 30, 2009)                       |
| 2 | 2. Case dispositive motions heard and case management conference                 | April 8, 2010, 2:00 p.m. (currently November 5, 2009)|
| 3 | 3. Disclosure of identities and reports of experts                               | February 18, 2010 (currently December 14, 2009)      |
| 4 | 4. Completion of expert discovery                                                | March 18, 2010 (currently January 18, 2010)          |

The remaining deadlines and other dates set forth in the Court's February 6, 2009 Minute Order and Case Management Order remain unchanged.

Dated: September 21, 2009

LAW OFFICES OF MAUREEN E. McFADDEN

By /s/
MAUREEN E. McFADDEN
Attorney for Plaintiff
RICHARD CAYO

Dated: Sept. 21, 2009

HAYES SCOTT BONINO ELLINGSON & McLAY, LLP

By /s/
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
REBECCA D. MARTINO
Attorneys for Defendants
AIG DOMESTIC CLAIMS, INC. AND
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

Dated: Sept 21, 2009

ERICKSEN ARBUTHNOT

By /s/
LOIS LINDSTROM
KAREN G. POPPY
Attorneys for Defendant
GAGLIARDI INSURANCE SERVICES

215271                                                 -3-

STIPULATION AND [PROPOSED] ORDER TO PARTIALLY REVISE THE COURT'S CASE MANAGEMENT ORDER
CASE NO. CV08-4763 CW

[~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, the fact and expert discovery cut-off dates, the deadline to file a motion for summary judgment and motion for summary judgment hearing dates are continued as follows:

| | |
|---|---|
| 1. Completion of fact discovery | November 15, 2010 (currently September 30, 2009) |
| 2. Case dispositive motions heard and case management conference | April 8, 2010, 2:00 p.m. (currently November 5, 2009) |
| 3. Disclosure of identities and reports of experts | February 18, 2010 (currently December 14, 2009) |
| 4. Completion of expert discovery | March 18, 2010 (currently January 18, 2010) |

The remaining deadlines and other dates set forth in the Court's February 6, 2009 Minute Order and Case Management Order remain unchanged.

Dated: ~~September~~ October 7 _____, 2009

/s/ Claudia Wilken

CLAUDIA WILKEN
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
CALIFORNIA