STEPHEN M. HAYES (SBN 83583)
shayes@hayesscott.com
STEPHEN P. ELLINGSON (SBN 136505)
sellingson@hayesscott.com
REBECCA D. MARTINO (SBN 236094)
rmartino@hayesscott.com
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, CA 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendants
AIG DOMESTIC CLAIMS, INC. AND NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CAYO,<br><br>Plaintiff,<br><br>v.<br><br>VALOR FIGHTING & MANAGEMENT LLC; RICK BASSMAN; AIG DOMESTIC CLAIMS, INC.; GAGLIARDI INSURANCE SERVICES, INC. & DOES 1-15 INCLUSIVE,<br><br>Defendants. | CASE NO. CV08-4763 CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO PARTIALLY REVISE THE COURT'S CASE MANAGEMENT ORDER** |

All parties, by and through their respective counsel, hereby stipulate to partially revise the court's Case Management Order as follows:

## I.
## RECITALS

1. The parties have been working diligently toward moving this case forward in an efficient, expeditious manner. The parties have exchanged written discovery and responses. The parties have taken the depositions of certain fact witnesses, and have scheduled the depositions of others.

2. Despite the parties' diligent efforts and cooperation to complete the depositions of fact witnesses by November 15, 2009, there are certain fact witnesses whose depositions cannot be scheduled by that date due to the lack of mutually available dates between and among counsel and

the remaining witnesses. For that reason, the parties have agreed to extend the deadline for fact discovery, and the deadlines for expert disclosure and discovery, for 30 days to enable the parties to complete discovery without incurring undue burden and expense.

3. Rick Bassman, a pro per defendant in this action, filed for Chapter 7 bankruptcy on April 13, 2009. The filing of a bankruptcy petition operates as an automatic stay of the continuation of any proceeding to recover a claim against the debtor. (11 U.S.C. §362(a).)

4. The parties do not seek to continue any deadlines other than the deadline for completion of fact discovery. The parties do not seek to continue the trial date or the pretrial conference date.

Accordingly, the parties hereby stipulate to revising the Court's February 6, 2009 Minute Order and Case Management Order as follows.

## II.
## STIPULATION

The parties hereby stipulate to the following revision to the court's Scheduling Order:

1. Completion of fact discovery            December 15, 2009
(currently November 15, 2009)

2. Disclosure of identities and reports of experts    March 18, 2010
(currently February 18, 2009)

3. Completion of expert discovery            April 19, 2010
(currently March 18, 2010)

The remaining deadlines and other dates set forth in the Court's February 6, 2009 Minute Order and Case Management Order, as revised by this Court's previous orders, remain unchanged.

Dated: October 16, 2009            LAW OFFICES OF MAUREEN E. McFADDEN

By___//s//_____
MAUREEN E. McFADDEN
Attorney for Plaintiff
RICHARD CAYO

222417            -2-

STIPULATION AND [PROPOSED] ORDER TO PARTIALLY REVISE THE COURT'S CASE MANAGEMENT ORDER
CASE NO. CV08-4763 CW

| | | |
|---|---|---|
| Dated: October 16, 2009 | | HAYES SCOTT BONINO ELLINGSON & McLAY, LLP |

By //s//
    STEPHEN M. HAYES
    STEPHEN P. ELLINGSON
    Attorneys for Defendants
    AIG DOMESTIC CLAIMS, INC. AND
    NATIONAL UNION FIRE INSURANCE
    COMPANY OF PITTSBURGH, PA

Dated: October 16, 2009        ERICKSEN ARBUTHNOT

By //s//
    LOIS LINDSTROM
    KAREN G. POPPY
    Attorneys for Defendant
    GAGLIARDI INSURANCE SERVICES

# [PROPOSED] ORDER

Pursuant to the parties' stipulation, the fact discovery cut-off date is continued as follows:

1. Completion of fact discovery            December 15, 2009
   (currently November 15, 2009)

2. Disclosure of identities and reports of experts    March 18, 2010
   (currently February 18, 2009)

3. Completion of expert discovery           April 19, 2010
   (currently March 18, 2010)

The remaining deadlines and other dates set forth in the Court's February 6, 2009 Minute Order and Case Management Order, as revised by previous orders of this Court, remain unchanged.

Dated: October 10/21, 2009

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
CALIFORNIA