STEPHEN M. HAYES (SBN 83583)
shayes@hayesscott.com
STEPHEN P. ELLINGSON (SBN 136505)
sellingson@hayesscott.com
REBECCA D. MARTINO (SBN 236094)
rmartino@hayesscott.com
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, CA 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendants
AIG DOMESTIC CLAIMS, INC. AND NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CAYO,<br><br>Plaintiff,<br><br>v.<br><br>VALOR FIGHTING & MANAGEMENT LLC; RICK BASSMAN; AIG DOMESTIC CLAIMS, INC.; GAGLIARDI INSURANCE SERVICES, INC. & DOES 1-15 INCLUSIVE,<br><br>Defendants. | CASE NO. CV08-4763 CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO PARTIALLY REVISE THE COURT'S CASE MANAGEMENT ORDER** |

All parties, by and through their respective counsel, hereby stipulate to partially revise the court's Case Management Order as follows:

**I.**
**RECITALS**

1. The parties have been working diligently toward moving this case forward in an efficient, expeditious manner. The parties have exchanged written discovery and responses and taken the depositions of several fact witnesses.

2. Despite the parties' diligent efforts and cooperation to complete the depositions of fact witnesses by December 15, 2009, the parties were unable to complete fact discovery. The deposition of National Union's FRCP 30(b)(6) representative could not be completed as scheduled due to

222417                                                -1-

illness. Additionally, the parties continue to meet and confer on certain discovery issues to avoid unnecessary law and motion activity. For these reasons, the parties have agreed to extend the deadline for fact discovery for 60 days to enable the parties to complete discovery.

3. Rick Bassman, a pro per defendant in this action, filed for Chapter 7 bankruptcy on April 13, 2009. The filing of a bankruptcy petition operates as an automatic stay of the continuation of any proceeding to recover a claim against the debtor. (11 U.S.C. §362(a).)

4. The parties do not seek to continue any deadlines other than the deadline for completion of fact discovery. The parties do not seek to continue the trial date or the pretrial conference date.

Accordingly, the parties hereby stipulate to revising the Court's February 6, 2009 Minute Order and Case Management Order as follows.

## II.
## STIPULATION

The parties hereby stipulate to the following revision to the court's Scheduling Order:

1. Completion of fact discovery            February 15, 2010
                                                     (currently December 15, 2009)

The remaining deadlines and other dates set forth in the Court's February 6, 2009 Minute Order and Case Management Order, as revised by this Court's previous orders, remain unchanged.

Dated: December 22, 2009          LAW OFFICES OF MAUREEN E. McFADDEN

By_____
MAUREEN E. McFADDEN
Attorney for Plaintiff
RICHARD CAYO

Dated: December 22, 2009          HAYES SCOTT BONINO ELLINGSON &
McLAY, LLP

By /SS/ _____
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
Attorneys for Defendants
AIG DOMESTIC CLAIMS, INC. AND
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

222417                                                      -2-

[PROPOSED] ORDER

Pursuant to the parties' stipulation, the fact discovery cut-off date is continued as follows:

1. Completion of fact discovery           February 15, 2010
                                                            (currently December 15, 2009)

The remaining deadlines and other dates set forth in the Court's February 6, 2009 Minute Order and Case Management Order, as revised by previous orders of this Court, remain unchanged.

Dated: December 31, 2009

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
CALIFORNIA