```
1  Maureen E. McFadden, SBN 203781
   LAW OFFICES OF MAUREEN E. MCFADDEN
2  819 Bancroft Way
   Berkeley, CA 94710
3  Ph (510) 845-52-3
   Fax (510) 868-0976
4
   Attorneys for Plaintiff
5  RICHARD CAYO
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CAYO, | Case No.: CV08-4763 CW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO FURTHER PARTIALLY REVISE THE COURT'S CASE MANAGEMENT ORDER** |
| vs. | |
| VALOR FIGHTING & MANAGEMENT LLC; RICK BASSMAN; AIG DOMESTIC CLAIMS, INC.; GAGLIARDI INSURANCE SERVICES, INC. & DOES 1-15, INCLUSIVE, | |
| Defendants. | |

All parties, by and through their respective counsel, hereby stipulate to further partially revise the Court's Case Management Order as follows:

## I.

## RECITALS

1. The parties are continuing to work diligently to move this case forward as expeditiously as possible. The depositions of most fact witnesses have been completed. The deposition of National Union's PMQ on various topics is continuing, and a further trip to Wilmington, Delaware will be necessary in order to complete that deposition.

2. The parties have been unable to schedule the remaining depositions because of scheduling issues as well as various disputes about the scope of discovery. By way of one example, National Union protested plaintiff's right to take the deposition of Eileen Duffy as a fact witness. On February 10, 2010, Magistrate Judge Larson denied National Union's motion for a protective order as to that deposition, and instead ordered that plaintiff may have one day of deposition as to Ms. Duffy, with that deposition to take place in Wilmington, Delaware.

3. By way of further example, plaintiff has been attempting to meet and confer with defense counsel about getting the claims file for another fighter (Travis Le Brun) who was also injured in the mixed martial arts fight at Cache Creek Casino on September 15, 2006. Plaintiff contends that the Le Brun claims file is within the scope of the documents requested in plaintiff's notice of the deposition of National Union's PMQ. Plaintiff's counsel will be unable to complete the PMQ deposition in Delaware until she gets the Le Brun claims file.

4. At this point, it is logistically impossible to get the remaining Delaware depositions completed by the current February 15 cut-off for fact discovery. The parties also have other discovery disputes, some of which may need to be resolved by the Court.

5. The parties have agreed to extend the deadline to complete fact discovery an additional 60 days, and the expert deadlines an additional 30 days as well. The parties do not want to move the trial date, or to have any other dates changed.

## II.

## STIPULATION

The parties hereby stipulate to the following revision to the Court's Scheduling Order:

1. Completion of fact discovery         April 15, 2010 (currently February 15, 2010)
2. Disclosure of experts                April 19, 2010 (currently March 18, 2010)
3. Completion of expert discovery       May 19, 2010 (currently April 19, 2010)

The remaining deadlines and other dates set forth in the Court's February 6, 2009 Minute Order and Case Management Order, as revised by this Court's previous orders, remain unchanged.

DATED: February 15, 2010

LAW OFFICES OF MAUREEN E. MCFADDEN

By: *[signature]*
Maureen E. McFadden

Attorney for Plaintiff
RICHARD CAYO

DATED: February 16, 2010

HAYES SCOTT BONINO ELLINGSON & MCLAY LLP

By: *[signature]*
Stephen Ellingson
Rebecca Martino

Attorney for Defendants
AIG DOMESTIC CLAIMS, INC. AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, the discovery deadlines are continued as follows:

1. Completion of fact discovery     April 15, 2010 (currently February 15, 2010)
2. Disclosure of experts            April 19, 2010 (currently March 18, 2010)
3. Completion of expert discovery   May 19, 2010 (currently April 19, 2010)

The remaining deadlines and other dates set forth in the Court's February 6, 2009 Minute Order and Case Management Order, as revised by this Court's previous orders, remain unchanged.

Dated: 2/18, 2010

*[signature]*
Claudia Wilken
United States District Court
For the Northern District of California

STIP TO FURTHER PARTIALLY REVISE CASE MGMT ORDER - 3